UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIC FINKLE and JUSTIN WHIPPLE, on behalf of the Buckeye Corrugated, Inc. Employee Stock Ownership Plan and on behalf of a class of all other persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GREATBANC TRUST COMPANY, BUCKEYE CORRUGATED, INC., DOUGLAS BOSNIK, MARK HUSTED, JON MCGURK, and JOHN DOES 1-10, <br><br> Defendants. | Case No. 1:23-cv-04732 <br><br> Hon. Mary M. Rowland |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Eric Finkle and Justin Whipple voluntarily dismiss this action with prejudice. Defendants have not served an answer or a motion for summary judgment.

Dated: January 24, 2025  Respectfully submitted

**BAILEY & GLASSER LLP**

/s/ Patrick O. Muench
Patrick O. Muench
318 W. Adams St., Suite 1512
Chicago, IL 60606
Telephone: (312) 500-8680
Facsimile: (304) 342-1110
pmuench@baileyglasser.com

Gregory Y. Porter
Ryan T. Jenny
1055 Thomas Jefferson Street, NW, Suite 540

1

Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
gporter@baileyglasser.com
rjenny@baileyglasser.com

Laura E. Babiak
209 Capitol Street
Charleston, WV 25301
lbabiak@baileyglasser.com

**FEINBERG, JACKSON, WORTHMAN and WASOW, LLP**

Daniel M. Feinberg
Anne Weis
2030 Addison Street, Suite 500
Berkeley, CA 94704
510-269-7998
dan@feinbergjackson.com
anne@feinbergjackson.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I certify that on January 24, 2025, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                                              */s/ Patrick O. Muench*
                                              Patrick O. Muench